No. 11-7546. Shawn Edward Williams, aka Sean Williams, aka Shaun E. Williams, aka Shaun Williams, Petitioner v. United States.

565 U.S. 1134, 132 S. Ct. 1059, 181 L. Ed. 2d 777, 2012 U.S. LEXIS 82.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 438 Fed. Appx. 812.

No. 11-7548. Hung Nam Tran, Petitioner v. Wisconsin.

565 U.S. 1134, 132 S. Ct. 1059, 181 L. Ed. 2d 777, 2012 U.S. LEXIS 335.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District II, denied.

Same case below, 332 Wis. 2d 803, 798 N.W.2d 319.

No. 11-7550. Richard T. Cabaccang, Petitioner v. United States.

565 U.S. 1134, 132 S. Ct. 1059, 181 L. Ed. 2d 777, 2012 U.S. LEXIS 71.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-7551. Lance A. D'Andrea, Petitioner v. United States.

565 U.S. 1134, 132 S. Ct. 1059, 181 L. Ed. 2d 777, 2012 U.S. LEXIS 172.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 440 Fed. Appx. 273.

No. 11-7552. Kenneth Early, Petitioner v. United States.

565 U.S. 1134, 132 S. Ct. 1059, 181 L. Ed. 2d 777, 2012 U.S. LEXIS 145.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 433 Fed. Appx. 695.

No. 11-7554. Miguel A. Chavez-Pulido, Petitioner v. United States.

565 U.S. 1134, 132 S. Ct. 1060, 181 L. Ed. 2d 777, 2012 U.S. LEXIS 113.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 11-7557. Vanessa D. Willis, Petitioner v. United States.

565 U.S. 1134, 132 S. Ct. 1060, 181 L. Ed. 2d 777, 2012 U.S. LEXIS 91.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 437 Fed. Appx. 269.

No. 11-7559. Nancy Morrow, Petitioner v. Patrick R. Donahoe, Postmaster General.

565 U.S. 1135, 132 S. Ct. 1060, 181 L. Ed. 2d 777, 2012 U.S. LEXIS 73,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.